AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Killer Joe Nevada LLC<br>662 N. Crescent Heights Blvd.<br>Los Angeles, CA 90048<br><br>*Plaintiff(s)*<br>v.<br><br>Phillip Spain, Ina Whirlow and Heather Dew<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:13-cv-848<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ina Whirlow
4034 Stratford Blvd.
Steubenville, OH 43952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leon D. Bass
65 E. State Street, Suite 1000
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/21/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-848

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ina Whirlow
was received by me on *(date)* 4/21/2014 .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because  Return to sender, Unclaimed, Unable to Forward ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/21/2014

/s/ Allison Moran
*Server's signature*

Allison Moran
*Printed name and title*

U.S. District Court
85 Marconi Blvd.
Columbus, OH 43215
*Server's address*

Additional information regarding attempted service, etc:

**Office of the Clerk**
**Joseph P. Kinneary U.S. Courthouse**
**85 Marconi Blvd., Room 121**
**Columbus, OH 43215**



7013 0600 0002 0377 6594

04/18/2014
US POSTAGE $00.29
ZIP 43215
041L11239252

FIRST-CLASS MAIL
$07.11
ZIP 43215
041L11239252

2014 MAY 21
U.S. DIST
SOUTHERN
EAST DIV.
CLERK



SCP 5-12

Apt N un.
4-24 Dog was out.
4-29-@
5-9

NIXIE  439523152-1N  05/17/14
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER