THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Killer Joe Nevada LLC : | Case No.  2:13-cv-848 |
| : | |
| Plaintiff(s), : | |
| : | |
| : | Judge Sargus |
| vs : | Magistrate Judge Kemp |
| : | |
| : | |
| Does 1-20 : | |
| : | |
| : | |
| Defendant(s). : | |

## ENTRY OF DEFAULT

It appears that defendant Phillip Spain is  in default, having failed to plead or otherwise defend in this cause as required by law.  Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against defendant Phillip Spain on this 6th day of June, 2014.

John P. Hehman, Clerk
United States District Court
Southern District of Ohio


By: /s/ Paula Economus
        Deputy Clerk