UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Killer Joe Nevada, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 13-cv-848 |
| | ) | |
| v. | ) | Judge: Sargus |
| | ) | |
| Phillip Spain, et. al. | ) | Magistrate Judge: Kemp |
| | ) | |
| Defendants. | ) | |

**Plaintiff Killer Joe Nevada, LLC's Response to Order To Show Cause (Doc# 16)**

Plaintiff, through its undersigned counsel, submits the following response as required by the Court's Order of July 7, 2014 (Doc #16). Plaintiff filed its Amended Complaint naming Heather Dew and two others as Defendants on April 21, 2014 (Doc #8). Summons was issued by the clerk on the same day (Doc #9). Summons to Heather Dew was returned executed on May 1, 2014 (Doc #12).

Plaintiff requested the clerk to enter default against Heather Dew on July 14, 2014 (Doc #17). Promptly upon entry by the Clerk of default against Heather Dew, Plaintiff will file its Motion for Default Judgment.

Dated: July 14, 2014

Respectfully Submitted,

/s/ Leon D. Bass
Leon D. Bass (0069901) (Trial Attorney)
Lbass@taftlaw.com
David J. Butler (0068455)
Taft Stettinius & Hollister LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
Telephone: 614.431-2277
Facsimile: 614-221-2007
*Attorneys for Plaintiff*

31587125.1