AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KILLER JOE NEVADA LLC,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.   2:13-CV-848**

**JOHN DOES 1-15,**

**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 17, 2015, JUDGMENT is entered DISMISSING this case.**

Date:   March 17, 2015                  RICHARD E. NAGEL, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk